UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU Investments, LLC d/b/a
Brazos Licensing and Development
vs.

Google LLC

Case No.: 6:20-cv-583

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Matthew Warren , counsel for  Google LLC , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and  Matthew Warren  may appear on behalf of  Google LLC  in the above case.

IT IS FURTHER ORDERED that  Matthew Warren , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE