# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-00583-ADA |
| § | |
| GOOGLE LLC § | |

## ORDER CANCELLING TELEPHONIC SCHEDULING CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **TELEPHONIC SCHEDULING CONFERENCE** on **Friday, October 16, 2020 at 01:30 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 16th day of October, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE