# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | § § § § |
| *Plaintiff,* | §   Civil Case No. 6:20-cv-00583-ADA |
| v. | § § **JURY TRIAL DEMANDED** |
| **GOOGLE LLC** | § § |
| *Defendant.* | § § § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos" or "Plaintiff") and Defendant Google, LLC ("Google") hereby stipulate and agree and jointly file this stipulation:

1. Plaintiff consents to dismissal with prejudice of all claims against Google that it raised or could have raised in this suit related to the patent-in-suit;

2. Google consents to dismissal without prejudice of all defenses that it raised or could have raised in this suit.

3. Each party will bear its own attorneys' fees and costs.

Because this stipulation is agreed and jointly filed, no Court order is required.

| | |
|---|---|
| Dated: January 25, 2022 | Respectfully submitted, |
| */s/ Scott W. Breedlove* | */s/ Tharan Gregory Lanier* |
| E. Leon Carter<br>Texas State Bar No. 03914300<br>lcarter@carterarnett.com<br>Scott. W. Breedlove<br>Texas State Bar No. 00790361<br>sbreedlove@carterarnett.com<br>Linda R. Stahl<br>Texas State Bar No. 00798525<br>lstahl@carterarnett.com<br>Bradley D. Liddle<br>Texas State Bar No. 24074599<br>bliddle@carterarnett.com<br>Seth A. Lindner<br>Texas State Bar No. 24078862<br>slindner@carterarnett.com<br>Theresa M. Dawson<br>Texas State Bar No. 24065128<br>tdawson@carterarnett.com<br>Michael C. Pomeroy<br>Texas State Bar No. 2409852<br>mpomeroy@carterarnett.com<br>**CARTER ARNETT PLLC**<br>8150 N. Central Expressway<br>Suite 500<br>Dallas, Texas 75206<br>Telephone No. (214) 550-8188<br>Facsimile No. (214) 550-8185<br><br>**ATTORNEYS FOR WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT** | Tharan Gregory Lanier (*pro hac vice*)<br>**Jones Day**<br>1755 Embarcadero Road<br>Palo Alto, California, 94303<br>+1 (650) 739-3939<br>+1 (650) 739-3900 facsimile<br>tglanier@jonesday.com<br><br>Michael E. Jones (Texas Bar No. 10929400)<br>Patrick C. Clutter (Texas Bar No. 24036374)<br>**Potter Minton, P.C**.<br>110 North College, Suite 500<br>Tyler, Texas, 75702<br>+1 (903) 597-8311<br>+1 (903) 593-0846 facsimile<br>mikejones@potterminton.com<br>patrickclutter@potterminton.com<br><br>Matthew S. Warren (California Bar No. 230565)<br>Jennifer A. Kash (California Bar No. 203679) (*pro hac vice*)<br>Erika Warren (California Bar No. 295570)<br>Francesca Miki Shima Germinario (California Bar No. 326208) (*pro hac vice*)<br>**Warren Lex LLP**<br>2261 Market Street, No. 606<br>San Francisco, California, 94114<br>+1 (415) 895-2940<br>+1 (415) 895-2964 facsimile<br>20-583@cases.warrenlex.com<br><br>*Attorneys for Defendant Google LLC* |